# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 5:19-cr-87 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER ON VIOLATION OF |
| | ) | CONDITIONS OF SUPERVISED |
| | ) | RELEASE |
| DAZZEL D. HAWKINS, | ) | |
| | ) | |
| DEFENDANT. | ) | |

A Violation Report was filed in this case on September 20, 2023.[1] The Court referred this matter to Magistrate Judge Amanda M. Knapp to conduct appropriate proceedings and to file a report and recommendation. Magistrate Judge Knapp reported that a supervised release violation hearing was held on October 16, 2023. After the government dismissed violation number 2, the defendant admitted to the following violations:

1. New Law Violation; and
3. Drug Use.

The magistrate judge filed a report and recommendation on October 16, 2023, in which the magistrate judge recommended that the Court find that the defendant has violated the conditions of his supervised release as set forth in violation numbers 1 and 3.

---

[1] Supplemental Violation Reports were filed on September 28, 2023, October 13, 2023, and December 20, 2023, for the purpose of updating the Court with further noncompliance, along with other updates.

A final supervised release violation hearing was conducted on December 21, 2023. Present were the following: Assistant United States Attorney Christopher Joyce, representing the United States; Attorney Scott Crossmock, representing the defendant; the defendant Dazzel D. Hawkins, and United States Probation Officers Jamie Rinella and Alexandria Delgadillo.

No objections were filed to the report and recommendation of the magistrate judge. Upon review, the Court adopts the report and recommendation of the magistrate judge and finds the defendant to be in violation of the terms and conditions of his supervised release as set forth in violation numbers 1 and 3.

IT IS ORDERED that the sentencing date is held in abeyance for 6 months and, by agreement of the parties, the defendant's term of supervised release is modified to include the following:

**Location Monitoring Program**: You shall participate in the location monitoring program for a period of 180 days utilizing GPS technology and shall abide by all technology requirements. You are restricted to your residence at all times except for anger management treatment; employment; education; religious activities; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other essential activities as approved by the U.S. Pretrial Services and Probation Officer. You shall follow all the program rules and pay all or part of the costs of participation in the location monitoring program as directed by the court and/or officer.

**Anger Management**: You must participate in an anger management program approved by the probation office for a minimum of 180 days. You must follow all program rules and successfully complete the program.

**No Victim Contact**: You must not communicate or otherwise interact with J.M., either directly or through someone else, without first obtaining the permission of the probation officer.

All other terms and conditions remain in effect.

**IT IS SO ORDERED**.

Dated: December 21, 2023

                                        **HONORABLE SARA LIOI**
                                        **CHIEF JUDGE**
                                        **UNITED STATES DISTRICT COURT**