**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 5:19-cr-87 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER ON VIOLATION OF |
| | ) | CONDITIONS OF SUPERVISED |
| | ) | RELEASE |
| DAZZEL D. HAWKINS, | ) | |
| | ) | |
| DEFENDANT. | ) | |

On December 21, 2023, this Court issued an order holding sentencing in abeyance for 6 months on violation numbers 1 and 3 and modified the defendant's term of supervised release to include additional conditions (Doc. No. 70). On February 13, 2024, a further modification of his conditions of supervised release was ordered. On March 22, 2024, a Violation Report was filed in this case. The Court referred this matter to Magistrate Judge Amanda M. Knapp to conduct appropriate proceedings and to file a report and recommendation. Magistrate Judge Knapp reported that a supervised release violation hearing was held on April 16, 2024. The defendant admitted to violating the Court's no contact order, and the magistrate judge filed a report and recommendation on April 16, 2024, in which she recommended that the Court find that the defendant violated the Court's no contact order.[1]

---

[1] No objections were filed to the report and recommendation of the magistrate judge, and the Court finds that the defendant violated the no contact order.

A sentencing hearing was conducted on May 2, 2024, as to violations 1 and 3 from the Violation Report dated September 20, 2023. Present were the following: Assistant United States Attorney Christopher Joyce, representing the United States; Attorney Steven Crossmock, representing the defendant; the defendant Dazzel D. Hawkins, and United States Probation Officer Jamie Rinella.

IT IS ORDERED that the defendant's supervised release is revoked, and the defendant is committed to the custody of the Bureau of Prisons for a term of 14 months, with credit for time served to date. No supervised release to follow.

The Court recommends to the Bureau of Prisons that the defendant be placed in a facility as close to Northeast Ohio as possible, so that he may be close to where his family lives.

Defendant remanded.

**IT IS SO ORDERED**.

Dated: May 2, 2024

**HONORABLE SARA LIOI**
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**